# EXHIBIT B

EXHIBIT B

